AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   CALIFORNIA

**APPEARANCE**

Case Number: 08mj1111

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANATOLIO MORFIN-GUTIERREZ

I certify that I am admitted to practice in this court.

| 4/15/2008 | /s/ ERICK L. GUZMAN |
|---|---|
| Date | Signature |

| Erick L. Guzman/Federal Defenders of SD | 244391 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA 92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |